**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DEPARTMENT OF PUBLIC WELFARE,

              Respondent

        v.

ROBERT CLOFINE,

              Petitioner

: No. 179 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.